

February 27, 2025

**BY ECF**
Judge Jennifer H. Rearden
500 Pearl St
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2025
```

Re: *United States v. David Macey and Edwin Pagan III*, 24-CR-641-JHR

Dear Judge Rearden:

    Undersigned writes in response to the Court's December 24, 2024 Order (ECF No. 23) and January 4, 2025 Memo Endorsement (ECF No. 25), joined by the attorneys for codefendant David Macey and without objection from the government, to request that the Court adjourn the status conference currently scheduled for March 4, 2025 to late March 2025. Also, to exclude time until the date of the adjourned status conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    Mr. Macey was indicted on February 11, 2025. (Superseding Indictment, ECF No. 28). His attorneys are unavailable on the currently set status conference date. The best dates for undersigned are March 18th through 20th or 25th through 27th. The government returned the discovery hard drives to undersigned the middle of this month.

Respectfully submitted,

/s/ Christopher M. DeCoste
Law Office of Christopher DeCoste, P.A.
40 NW 3rd St PH 1, Miami, FL 33128
cmd@christopherdecoste.com
305-395-5775

Attachments: none

---

Application GRANTED.  The conference scheduled for **March 4, 2025** at **1:00 p.m.** is hereby adjourned to **March 26, 2025** at **2:30 p.m.**  Time through March 26, 2025 is excluded to allow the Defendants an opportunity to review discovery.  18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by excluding time outweigh the interests of the public and the Defendant in a speedy trial.

The Clerk of Court is directed to terminate ECF No. 38.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated:  February 28, 2025