# EXHIBIT A

Case 1:24-cr-00641-JHR   Document 47-1   Filed 03/31/25   Page 1 of 3

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

| | |
|---|---|
| **Title:** (U) 2nd Renewal Title III Affidavit and Associated Documents | **Date:** 09/05/2019 |

**From:** NEW YORK
   NY-C40
   **Contact:** SCHILL KRISTEN, 212-384-1000

**Approved By:** SSA MATTHEW BRIAN TAYLOR

**Drafted By:** SCHILL KRISTEN

**Case ID #:** 58A-NY-3128825    (U) Sunshine Cleaning; Corruption of Federal Public Officials; Sensitive Investigative Matter (SIM)
SENSITIVE INVESTIGATIVE MATTER

58A-NY-3128825-ELA    (U) The writer is requesting the opening of an ELA subfile in the BARTUSIAK, et al., investigation.

### TITLE III COMMUNICATIONS

This document contains information obtained under the Federal Wiretap Act and may not be disseminated except when disclosure is expressly permitted, i.e., when: (1) disclosure is from one investigative or law enforcement officer (ILEO) to another ILEO and such disclosure is for the proper performance of the official law enforcement duties of either officer; (2) disclosure occurs while testifying under oath in a proceeding held under the authority of the U.S. or of any state or political subdivision thereof; (3) disclosure is to another federal law enforcement, intelligence, or national security official and the information pertains to foreign intelligence, counterintelligence, or foreign intelligence information that will be used to assist the receiving official in the performance of his or her official law enforcement or intelligence-related duties; or (4) disclosure is to an appropriate U.S. or foreign government official and will be used only to respond to a threat of actual or potential attack or other grave hostile act of a foreign power or agent thereof, domestic or international sabotage, domestic or international terrorism, or clandestine intelligence gathering activities by an intelligence service or network of a foreign power or agent thereof, within the U.S. or elsewhere.

**Synopsis:** (U) To update the case file.

UNCLASSIFIED

**UNCLASSIFIED**

Title: (U) 2nd Renewal Title III Affidavit and Associated Documents
Re: 58A-NY-3128825, 09/05/2019

**Enclosure(s):** Enclosed are the following items:
1. (U) Title III Renewal Documents - Application, Affidavit, Order

**Details:**

On 9/3/2019, Special Agent Christopher G. Harper swore out a Title III Affidavit in the Southern District of New York for the telephone number/subject listed below. The Title III Affidavit and Order are attached hereto.

305-796-7463/MANUEL RECIO

♦♦