## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID MACEY and<br>EDWIN PAGAN III,<br><br>     *Defendants*. | No. 24 Cr. 641 (JHR) |

### DECLARATION OF DEFENDANT DAVID MACEY IN SUPPORT OF MOTION TO TRANSFER VENUE

I, David Macey, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a defendant in the above-captioned action.

2. I respectfully submit this declaration in support of my motion to transfer venue to the Southern District of Florida.

3. I was born in Lansing, Michigan, in 1970, and after spending the following five years in Syracuse, New York, my family moved to Miami, Florida, where I resided until I went to college at the University of South Florida in Tampa. After law school, I spent three years practicing as a public defender in Colorado, before relocating permanently back to Miami.

4. Since 1999, I have continued to reside in Miami. From 1999 to 2005, I was a prosecutor in the Miami-Dade State Attorney's Office specializing in narcotics and organized crime. Since 2005, I have been a partner at Macey Law LLP, practicing criminal defense.

5. Shortly after we settled in Florida, I married my wife of nearly 25 years, Shari Macey, who I met in middle school in Miami. We have two sons, Mack, 21, who is a junior at

Florida State; █████████████████████████████████

6. █████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████

7. █████████████████████████████████████
█████████████████████████████████████

8. █████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
███████

9. My wife and I also run the Maya Macey Foundation, named to honor the memory of our daughter who passed shortly after her birth. Since 2002, we have provided college scholarships to students in South Florida who have faced hardships in their lives and overcome those challenges. Maya Macey scholarships have helped over 100 students across South Florida attend college.

10. Attached hereto as **Exhibit A** is a true and correct copy of █████████████ █████████████████████████████████

11. Attached hereto as **Exhibit B** is a true and correct copy of █████████████ █████████████████████████████████

12. Attached hereto as **Exhibit C** is a true and correct copy of █████████████ █████████████████████████████████

13. Attached hereto as **Exhibit D** is a true and correct copy of a Full-Scale IQ (FSIQ) Score Interpretation Chart.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 31, 2025

_____
David Macey