# EXHIBIT D

# Full-Scale IQ (FSIQ) Score Interpretation Chart

The FSIQ, often derived from tests like the Wechsler Adult Intelligence Scale (WAIS) or the Wechsler Intelligence Scale for Children (WISC), is a single score that represents an individual's overall cognitive ability.

| FSIQ Score Range | Classification | Percentile Rank | Description |
| --- | --- | --- | --- |
| 130 and above | Very Superior | 98th and above | Indicates significantly above-average intellectual functioning. Often associated with high levels of analytical and problem-solving abilities. |
| 120-129 | Superior | 91st to 97th | Reflects superior intellectual functioning. Individuals may exhibit strengths in reasoning, conceptualization, and problem-solving. |
| 110-119 | High Average | 75th to 90th | Indicates slightly above-average cognitive abilities. Individuals often perform well academically and professionally. |
| 90-109 | Average | 25th to 74th | Represents the average range of intellectual functioning. Most people fall within this range. |
| 80-89 | Low Average | 9th to 24th | Suggests below-average cognitive abilities but not necessarily indicative of a cognitive disorder. May require some support in academic or occupational settings. |
| 70-79 | Borderline | 2nd to 8th | Indicates borderline intellectual functioning. Individuals may face challenges in academic, social, and occupational settings. Support and interventions are often beneficial. |
| Below 70 | Extremely Low/Impaired | Below 2nd | Suggests significantly below-average intellectual functioning. Often associated with cognitive impairments or developmental delays. Comprehensive support and interventions are typically required. |



**Considerations**

- **Contextual Interpretation**: The FSIQ score must be interpreted in the context of the individual's background, educational history, and any known neurological or psychiatric conditions.

- **Subtest Analysis**: It's important to look at the individual subtest scores, as they can provide insights into specific cognitive strengths and weaknesses.

- **Dynamic Nature**: IQ scores can change over time, particularly in children and adolescents. Re-evaluation may be necessary to understand the individual's current cognitive functioning.

- **Cultural and Socioeconomic Factors**: Be mindful of cultural, linguistic, and socioeconomic factors that might influence test performance.

- **Collaborative Approach**: When possible, collaborate with educators, psychologists, and other relevant professionals to provide comprehensive support and intervention strategies.

- **Confidentiality and Sensitivity**: Always handle IQ test results with sensitivity and confidentiality. Discussing results with the individual or their guardians requires care and appropriate framing.

- **Limitations of IQ Testing**: Understand and communicate the limitations of IQ tests. They do not measure creativity, practical intelligence, wisdom, or other important aspects of human intelligence.

- **Referrals**: If significant concerns arise from the FSIQ score, consider referrals to specialists, such as neuropsychologists, for further evaluation.

**Notes:**