UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>             -v.-<br><br>EDWIN PAGAN III et al.,<br><br>                          Defendants. | 24 Cr. 0641 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      For the reasons stated on the record during the May 29, 2025 conference, Defendants' Joint Motion to Transfer Case to the Southern District of Florida is denied.

      The Clerk of Court is directed to terminate ECF No. 45.

      SO ORDERED.

Dated: May 29, 2025
       New York, New York

                                                           _____
                                                            JENNIFER H. REARDEN
                                                             United States District Judge