UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>             -v.-<br><br>DAVID MACEY,<br><br>                      Defendant. | 24 Cr. 0641 (JHR) 2<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      A hearing with respect to Defendant David Macey will take place on **August 28, 2025** at **12:15 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Counsel for the United States, Mr. Macey, and Mr. Macey's counsel are directed to appear for the hearing as scheduled, unless otherwise ordered by the Court.

      SO ORDERED.

Dated:  August 27, 2025
           New York, New York

                                                                                                       _____
                                                                                                          JENNIFER H. REARDEN
                                                                                                          United States District Judge