# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

dpatton@heckerfink.com

August 29, 2025

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:     *United States v. Edwin Pagan III and David Macey*, 24-cr-641 (S.D.N.Y.)

Dear Judge Rearden:

    We represent David Macey in the above-captioned case. As we represented at the hearing before Your Honor yesterday, Mr. Macey respectfully requests to withdraw his motion to dismiss and motion for severance, *see* ECF 67, in light of the deferred prosecution agreement Mr. Macey has entered into with the government. This request is without prejudice to bringing those motions in the future, if necessary. For the avoidance of doubt, we seek to withdraw only motions brought by Mr. Macey, not any motions brought by Mr. Pagan. *See* ECF 71.

                              Respectfully submitted,

                              David Patton

cc:    Chris DeCoste, Esq.
       Emily Deininger, AUSA
       Mathew Andrews, AUSA
       David Markewitz, AUSA
       Christopher Brumwell, AUSA