

October 12, 2025

**BY ECF**
The Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl St
New York, NY 10007

Re: *United States v. David Macey and Edwin Pagan III*, 24-CR-641-JHR

Dear Judge Rearden:

I represent Edwin Pagan III, who is scheduled for sentencing on January 29, 2026. I request permission to bring a laptop into the courthouse for that proceeding.

Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ Christopher M. DeCoste
Law Office of Christopher DeCoste, P.A.
40 NW 3rd St PH 1, Miami, FL 33128
cmd@christopherdecoste.com
305-395-5775

Attachments: Form for Electronic Devices General Purpose

The Court has So-Ordered Defendant's application and submitted the Order to the Office of the District Executive.

The Clerk of Court is directed to terminate ECF No. 78.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: October 20, 2025